## STATE OF CONNECTICUT *v.* KEITH S. MORDASKY
### (15581)

Dupont, C. J., and Foti and Heiman, Js.

Argued December 2—officially released December 24, 1996

Per Curiam. The judgment is affirmed.

## BERKELEY FEDERAL BANK AND TRUST, FSB *v.* LAWRENCE H. GABEL ET AL.
### (14899)

O'Connell, Heiman and Spear, Js.

Argued December 3—officially released December 24, 1996

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting a new sale date.

## STATE OF CONNECTICUT *v.* ALLEN TART
### (15660)

O'Connell, Heiman and Spear, Js.

Argued December 3—officially released December 24, 1996

Per Curiam. The judgment is affirmed.